# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR-11-181-WFN-5 |
| ) | |
| vs. ) | ORDER GRANTING JOINT MOTION |
| ) | AND STIPULATION TO AMEND |
| ALETHEA C. SIBBETT, ) | CONDITIONS OF RELEASE |
| ) | |
| Defendant. ) | |

Before the Court is Defendant's Joint Motion and Stipulation to Amend Conditions of Release, (ECF 480), whereby Defendant requests to amend the previously filed conditions of release to allow Mrs. Alethea C. Sibbett to communicate with her husband, Mr. Clayton Sibbett, through written correspondence regarding family matters.

IT IS HEREBY ORDERED, that the Joint Motion and Stipulation to Amend Conditions of Release, (ECF 480), filed by the Defendant be, and the same is hereby, GRANTED.

DATED July 20, 2012.

                          S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING JOINT MOTION AND STIPULATION
TO AMEND CONDITIONS OF RELEASE - 1**