PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 23 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Alethea Coleen Sibbett          Case Number: 0980 2:11CR00181-005

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 21, 2012          Type of Supervision: Supervised Release

Original Offense: Use of a Communication Facility to Facilitate the Commission of a Controlled Substance Felony, 21 U.S.C. § 843(b)          Date Supervision to Commence: November 19, 2013

Original Sentence: Prison - 18 months; TSR - 12 months          Date Supervision Expires: November 18, 2014

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19. You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Alethea Coleen Sibbett is due to be released from the custody of the Bureau of Prisons on November 19, 2013. At the present time, she has no place to reside. Ms. Sibbett just began employment with Michael's Craft Store, so she has been unable to save any money. Placement at the RRC for another 180 days will allow her to save money, so she can get a place to live.

Respectfully Submitted,

by    s/Anne L. Sauther
_____

Anne L. Sauther
U.S. Probation Officer
Date: October 23, 2013

Prob 12B
**Re: Sibbett, Alethea Coleen**
October 23, 2013
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

10/23/13
_____
Date